FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

11 AUG 17 PM 2:22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

INDICTMENT

v.                    NO. 5:11CR-26-R

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(A)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

**TIMOTHY LEE HANSEN**
**A/K/A "Hydes420"**

The Grand Jury charges:

## COUNT 1

On or about December 1, 2010, in the Western District of Kentucky, Christian County, the defendant, **TIMOTHY LEE HANSEN A/K/A "Hydes420,"** knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate commerce including by computer, that is, the Internet.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2

In or about February 2010, in the Western District of Kentucky, Christian County, the defendant, **TIMOTHY LEE HANSEN A/K/A "Hydes420,"** knowingly mailed, transported,

and shipped child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce, that is, from Kentucky to Iraq.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3

In or about October 2010, in the Western District of Kentucky, Christian County, and elsewhere, the defendant, **TIMOTHY LEE HANSEN A/K/A "Hydes420,"** knowingly mailed, transported, and shipped child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means or facility of interstate or foreign commerce, that is, from Iraq to Kentucky.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 4

On or about February 15, 2011, in the Western District of Kentucky, Christian County, within the special maritime and territorial jurisdiction of the United States, that is, Fort Campbell Military Reservation, the defendant, **TIMOTHY LEE HANSEN A/K/A "Hydes420,"** knowingly possessed material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A).

In violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and 2252A(b)(2).

NOTICE OF FORFEITURE

The allegations contained in Counts 1 - 4 of this Indictment are hereby realleged by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 2253.

From defendant's engagement in the violations alleged in Counts 1 - 4 of this Indictment, the defendant, **TIMOTHY LEE HANSEN A/K/A "Hydes420,"** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), all of his right, title, and interest in:

1. Toshiba Satellite PSAA8U-0LK02K laptop, bearing serial number 66185647Q;

2. Linksys brand wireless router Model No: WRT300N V1, bearing serial number CNP01F957686;

3. External hard drives (three);

4. Compact disks;

5. Maxtor hard drive;

6. Antec computer processing unit (no serial number); and

7. All associated drives, software, peripherals, and visual depictions involving the use of minors engaging in sexually-explicit conduct, as defined by 18 U.S.C. § 2256(2), which were seized from the defendant and which are contained on the above computers.

A TRUE BILL

FOREPERSON

*[signature]*
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JEL:110812

UNITED STATES OF AMERICA v. **TIMOTHY LEE HANSEN**

## PENALTIES

Counts 1 - 3:   NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
Count 4:        NM 10 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual        Felony: $100 per count/individual
             $125 per count/other                     $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987</u>:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late,

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:       Clerk, U.S. District Court
                  106 Gene Snyder U.S. Courthouse
                  601 West Broadway
                  Louisville, KY  40202
                  502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
                  120 Federal Building
                  241 East Main Street
                  Bowling Green, KY  42101
                  270/393-2500

OWENSBORO:        Clerk, U.S. District Court
                  126 Federal Building
                  423 Frederica
                  Owensboro, KY  42301
                  270/689-4400

PADUCAH:          Clerk, U.S. District Court
                  127 Federal Building
                  501 Broadway
                  Paducah, KY  42001
                  270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
TIMOTHY LEE HANSEN a/k/a "Hydes420"

## INDICTMENT
Title 18 U.S.C. §§ 2252A(a)(1); 2252A(b)(1); 2252A(a)(5)(A); 2252A(b)(2):
**Transportation of Child Pornography in Interstate Commerce Via the Internet; Mailing, Transporting, and Shipping Child Pornography in Interstate Commerce; Possession of Material Containing Child Pornography Within a Military Reservation.**

*A true*

_____
Foreman

*Filed in open court this 17th day, of August A.D. 2011.*

_____
Clerk

*Bail, $*

FILED US DISTRICT COURT WESTERN DISTRICT OF KY
11 AUG 17 PM 2:22